UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ORLANDO JONES,

               Petitioner,

    v.

TODD BLANCHE et al.,

               Respondents.

CASE NO. 2:26-cv-01335-JNW

ORDER GRANTING IFP
APPLICATION

Petitioner Orlando Jones filed a proposed 28 U.S.C. § 2241 habeas petition and an application to proceed in forma pauperis ("IFP"). Dkt. No. 1. Jones's IFP application indicates that he has no savings and income, and his prison trust account holds just $3.07 as of April 9, 2026. On this record, the Court finds that Jones would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP Application.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of April, 2026.

ORDER GRANTING IFP APPLICATION - 1

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2